IN the INTEREST OF: E.O.R. and
M.M.R., Minor Children

PETITION OF: O.R., FATHER

No. 29 MAL 2017

Supreme Court of Pennsylvania.

February 28, 2017

PER CURIAM

### ORDER

AND NOW, this 28th day of February,
2017, the Petition for Allowance of Appeal
is DENIED.

Shirley WASHBURN, Administratrix of
the Estate of Donald Washburn,
Respondent

v.

NORTHERN HEALTH FACILITIES,
INC.; Extendicare Health Facilities,
Inc.; Extendicare Health Services,
Inc.; Extendicare Health Network,
Inc.; Extendicare Holdings, Inc.; Ex-
tendicare, Inc.; Extendicare Reit; Ex-
tendicare, L.P., Petitioners

No. 695 MAL 2015

Supreme Court of Pennsylvania.

February 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of February,
2017, the Petition for Allowance of Appeal
is DENIED.

Justice Donohue did not participate in
the consideration or decision of this
matter.

IN RE: T.D.C., a Minor

Petition of: S.W. a/k/a C.M.W., Father

In re: T.D.Q.C., a Minor

Petition of: S.W. a/k/a C.M.W., Father

No. 563 EAL 2016
No. 564 EAL 2016

Supreme Court of Pennsylvania.

February 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of February,
2017, the Petition for Allowance of Appeal
is DENIED.